| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF CALIFORNIA |
| Case number *(if known)*      Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Greater Light Baptist Church of Sacramento** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA   The Light Christian Church<br>DBA   Greater Light Church<br>DBA   Greater Light Baptist Church |
| 3. | Debtor's federal Employer Identification Number (EIN) | 77-0610394 |
| 4. | Debtor's address | **Principal place of business**<br><br>**7257 E. Southgate Drive**<br>**Sacramento, CA 95823**<br>Number, Street, City, State & ZIP Code<br><br>**Sacramento**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.tlccsac.org |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

| Debtor | **Greater Light Baptist Church of Sacramento** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __8131__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor **Greater Light Baptist Church of Sacramento**    Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | _____ | Relationship _____ |
| District | _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*
- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Greater Light Baptist Church of Sacramento**     Case number (*if known*) _____
Name

☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor **Greater Light Baptist Church of Sacramento**    Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 13, 2023**
MM / DD / YYYY

X **/s/ Pastor O.J. Swanigan**     **Pastor O.J. Swanigan**
Signature of authorized representative of debtor     Printed name

Title **President/Pastor**

**18. Signature of attorney**

X **/s/ Gabriel E. Liberman**     Date **December 13, 2023**
Signature of attorney for debtor     MM / DD / YYYY

**Gabriel E. Liberman**
Printed name

**Law Offices of Gabriel Liberman, APC**
Firm name

**1545 River Park Drive., STE 530**
**Sacramento, CA 95815**
Number, Street, City, State & ZIP Code

Contact phone **916-485-1111**     Email address **attorney@4851111.com**

**303010 CA**
Bar number and State

In re     **Greater Light Baptist Church of Sacramento**     Case No. _____

Debtor(s)

# FORM 1. VOLUNTARY PETITION
## Attachment A

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

    I, O.J. Swanigan, declare under penalty of perjury that I am the President and Pastor of The Greater Light Baptist Church of Sacramento (the "Corporation"), and that, having received the consent of the Board of Directors as required under Article 4 of Corporation's Bylaws, I am authorized to adopt the following resolution:

    Whereas, it is in the best interest of the Corporation to file a voluntary petition with the United States Bankruptcy Court for the Eastern District of California pursuant to Chapter 11 of Title 11 of the United States Code;

    I, O.J. Swanigan, President and Pastor of the Corporation, am authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary reorganization case on behalf of the Corporation; and

    I, O.J. Swanigan, President and Pastor of the Corporation, am authorized and directed to appear in all Chapter 11 proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such reorganization case.

Dated: December 13, 2023

                                          /s/ O.J. Swanigan
                                          President and Pastor,
                                          The Greater Light Baptist Church of Sacramento

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Greater Light Baptist Church of Sacramento** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | | | | | $25,000.00 |
| **Liquidibee, LLC**<br>**295 Madison Ave.**<br>**22nd Floor**<br>**New York, NY 10017** | | **Unsecured loan** | | | | $23,398.00 |

U.S.D.O.J. - Office of the U.S. Trustee
Eastern District of CA / Sacramento
Robert T. Matsui U.S. Courthouse
501 "I" St., 7th Floor, Room 7-500
Sacramento, CA 95814


Greater Light Baptist Church of Sacramento
7257 E. Southgate Drive
Sacramento, CA 95823


American Water Co.
4701 Beloit Drive
Sacramento, CA 95838


AT&T
P.O. Box 5014
Carol Stream, IL 60197


Atlas Disposal Industries
3000 Power Inn Road
Sacramento, CA 95826


Charles Cannon
c/o Estate of Charles Cannon
2188 50th Avenue
Sacramento, CA 95822


Cove Alarm
14015 Minuteman Drive
Draper, UT 84020


Creditors Relief
700 E Palisade Ave
2nd Floor
Englewood Cliffs, NJ 07632


Dewey Pest Control
5320 Power Inn Road Suite A
Sacramento, CA 95820


Everest Business Funding
102 W 38th Street
6th Floor
New York, NY 10018

FCI Lender Services, Inc. dba FCI
8180 E. Kaiser Blvd
Anaheim, CA 92808

Franchise Tax Board
Bankruptcy Section
P.O. Box 2952 MSA - 340
Sacramento, CA 95812

Guideone Insurance
1111 Ashworth Road
West Des Moines, IA 50265-3538

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Liquidibee, LLC
295 Madison Ave. 22nd Floor
New York, NY 10017

MedMark Treatment Centers- Sacramento
7240 East Southgate Ave
Sacramento, CA 95823

Mr. Cooper
Attn: Bankruptcy Department
P.O. Box 619098
Dallas, TX 75261

Pastor Matai Waqavesi and Arena Fijian
7240 E. Southgate Ave Ste. C & D
Sacramento, CA 95823

Sacramento County Property Tax
700 H Street
Sacramento, CA 95814

State Farm Insuance
900 Old River Road
Bakersfield, CA 93311

Union Home Loans, Inc.
Attn: Agent for Service
JOSEPH CURD
301 E. OCEAN BLVD., #1700
Long Beach, CA 90802

Velocity Mortgage Corporation
Attn: Agent for Service
RYAN ELLIS
1235 TOWN & COUNTRY ROAD #3327
Orange, CA 92868

Xfinity
PO Box 34227
Seattle, WA 98124

# United States Bankruptcy Court
## Eastern District of California

In re **Greater Light Baptist Church of Sacramento**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Greater Light Baptist Church of Sacramento** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 13, 2023**  
Date

**/s/ Gabriel E. Liberman**  
**Gabriel E. Liberman**  
Signature of Attorney or Litigant  
Counsel for **Greater Light Baptist Church of Sacramento**  
**Law Offices of Gabriel Liberman, APC**  
**1545 River Park Drive., STE 530**  
**Sacramento, CA 95815**  
**916-485-1111 Fax:916-485-1111**  
**attorney@4851111.com**